UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

MSI Energy, LLC, and
Peter O. Crowell,
    Plaintiffs

    v.                                   Civil No. 07-cv-308-SM

BancBoston Leasing Services, Inc.,
    Defendant

## O R D E R

As I have a financial interest in Bank of America, recusal is mandatory. See, 28 U.S.C. § 455(b)(4).

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

October 9, 2007

cc:  Andru H. Volinsky, Esq.
     Thomas J. Pappas, Esq.