UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| MSI Energy, LLC, and<br>Peter O. Crowell,<br>  Plaintiffs<br><br>v.<br><br>BancBoston Leasing<br>Services, Inc.,<br>  Defendant | Case No. 1:07-cv-00308-PB |

### ORDER RELATIVE TO THE WITHDRAWAL AND DISBURSEMENT OF DEPOSITED FUNDS PURSUANT TO LOCAL RULE 67.3

Having considered the parties' Joint Motion for Order Relative to the Withdrawal and Disbursement of Deposited Funds Pursuant to Local Rule 67.3 and the Stipulation of Dismissal concluding this case, it is hereby ORDERED:

1. The Clerk of the United States District Court for the District of New Hampshire ("the Clerk") shall withdraw from the Court Registry Investment System the $1,275,000.00, plus interest, that was deposited therein, in a separate account established for this case, by the defendant BancBoston Leasing Services, Inc. pursuant to this Court's October 24, 2007 Order ("the Deposited Funds").

2. The Clerk shall disburse the Deposited Funds and accrued interest, less the registry fee assessment, as follows:

   a. Four hundred and ten thousand dollars ($410,000.00) is to be disbursed to plaintiff MSI Energy, LLC; and

    b.  The principal balance remaining, plus 100% of the accrued interest, is to be disbursed to defendant BancBoston Leasing Services, Inc.

3.  Plaintiff MSI Energy, Inc. was not the depositor of the funds.

4.  Defendant BancBoston Leasing Services, Inc. shall serve this Order on the clerk of court or, in the clerk's absence, upon the chief deputy clerk or financial administrator, pursuant to Local Rules 67.2(a)(3) and 67.3.

SO ORDERED.

4-1-08
Date

Paul J. Barbadoro
Judge, United States District Court

00910022.DOC